Acknowledged:
Date: 6/20/2016

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Brandy James, individually and on Behalf of all others similarly situated, </br></br>   Plaintiff, </br></br>   v. </br></br> FEDChex Recovery, LLC, a California limited liability company, and Law Offices of Crystal Moroney, P.C., a New York professional corporation, </br></br>   Defendants. | ) ) ) ) ) ) ) 1:16-cv-301-SEB-DKL ) ) ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against Defendants, hereby stipulates to the dismissal of her individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  June 15, 2016

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2016, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on June 15, 2016.

FEDChex Recovery, LLC
Law Offices of Crystal Moroney, P.C.
c/o Peter A. Velde
Kightlinger & Gray, LLP
One Indiana Square
Suite 300
211 N. Pennsylvania Street
Indianapolis, Indiana 46204


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com